# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

HABITAT EDUCATION CENTER INC.,
DAVID ZABER and RICARDO JOMARRON,
    Plaintiffs,

v.                                                Case No. 04-C-0254

DALE BOSWORTH and ANN M VENEMAN,
    Defendants.

## ORDER FOLLOWING SCHEDULING CONFERENCE

On April 8, 2004, the court held a scheduling conference in the above captioned case. Attorney Howard Learner appeared on behalf of the plaintiffs, Attorney Benjamin Longstreth appeared on behalf of the defendants, and Attorney David Oberstar appeared on behalf of the potential intervenors.

**IT IS ORDERED** that:

1.    On or before **May 11, 2004**, plaintiffs must serve and file their motion for summary judgment.

2.    On or before **June 1, 2004**, defendants must serve and file their cross-motion for summary judgment and response to defendant's motion for summary judgment.

3.    On or before **June 11, 2004**, plaintiffs must serve and file their response to defendant's motion for summary judgment and reply in support of their motion for summary judgment.

4.    On or before **June 21, 2004**, defendants must serve and file their reply in support of their motion for summary judgment.

5. All summary judgment motions and briefing thereon must comply with Civil L.R. 7.1 and 56.2. Any summary judgment motion filed against a pro se litigant must comply with Civil L.R. 56.1. Civil L.R. 56.2 will not apply to cases in which a party appears pro se.

The foregoing schedule shall not be modified except upon a showing of good cause and by leave of the court. The pendency of motions or settlement discussions shall not justify modification of the schedule.

**SO ORDERED** at Milwaukee, Wisconsin, this 9th day of April, 2004.

/s/
LYNN ADELMAN
District Judge