# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

HABITAT EDUCATION CENTER,
DAVID ZABER, RICARDO JOMARRON,
DON WALLER, and ENVIRONMENTAL
LAW AND POLICY CENTER,
    Plaintiffs

    v.    CASE NUMBER: 04-C-0254

UNITED STATES FOREST SERVICE,
TOM TIDWELL, Chief, U.S. Forest Service, and
TOM VILSACK, Secretary, U.S. Department of
Agriculture,
    Defendants

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the injunction entered on April 4, 2005 is dissolved and this case is dismissed.

| | |
|---|---|
| January 14, 2010 | Jon W. Sanfilippo |
| Date | Clerk |
| | /s |
| | (By) Deputy Clerk |